■ THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD HARWOOD.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including April 2, 1963, with notice of argument for the May 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAUL ALLENDE.— Motion for leave to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ EMANUEL SHEMIN v. A. BLACK AND COMPANY, INC.— Motion to dispense with printing denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ REGINALD FINKLE v. CITY OF NEW YORK et al.— Motion for an enlargement of time and for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the conditions imposed, the respondents may enter an order dismissing the appeal, without notice to the appellant. Concur — Breitel, J. P., Rabin, Valente, Stevens and Noonan, JJ.

■ HARRY SPODICK, as General President, v. SAMUEL REINLIB.— Motion for a stay and for other relief denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Noonan, JJ.

■ (A) JAMES BLAKE v. ROBERT P. WOODS et al. (B) ELIZABETH GRANDIN v. SAILOR'S SNUG HARBOR, INC., et al. (C) SYDEL F. THOMAS v. ALFRED J. THOMAS. (Two Motions.) — [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.